```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

DARRYL JACKSON and DWJ PETROLEUM, )
                                 )
                Plaintiffs,      )
                                 )
     v.                          )       No.  06 C 3676
                                 )
PAUL CERPA, etc., et al.,        )
                                 )
                Defendants.      )

                      <u>MEMORANDUM ORDER</u>

On August 31, 2006 Cerpa ("Cerpa"), having answered Counts II and III of the Complaint filed against him by Darryl Jackson and his wholly-owned corporation DWJ Petroleum, Inc., filed a Fed. R. Civ. P. ("Rule") 12(b)(6) motion to dismiss Complaint Count I.  This Court entered and continued that motion on its September 7 date of presentment, with the understanding that if plaintiffs did not agree to the dismissal (based on the Seventh Circuit caselaw cited by Cerpa) they would file a response by October 3.

Silence has descended on the motion, with plaintiffs neither having said "We surrender, dear" nor having filed the required response.  Cerpa is right in having invoked <u>Coyne-Delaney Co. v. Capital Dev. Bd.</u>, 616 F.2d 341 (7th Cir. 1980) and 717 F.3d 385, 388-89 (7th Cir. 1983).  Cerpa's motion to dismiss Complaint Count I is accordingly granted.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  October 17, 2006